**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                    *Plaintiff*,

       -against-

ALI KHAN LODHI,

                   *Defendants*.

Case No. 26-mj-03079

<u>**NOTICE OF APPEARANCE**</u>

PLEASE TAKE NOTICE that Benjamin M. Rattner, appears as counsel on behalf of defendant Ali Khan Lodi. in the above-referenced action. I certify that I am admitted to practice in this Court.

Dated: White Plains, New York
       August 1, 2026

                              **RATTNER LAW GROUP PLLC
                              D/B/A RATTNER LAW**

                              *Attorneys for Defendant*

                              By:   */s/ Benjamin M. Rattner*
                                   Benjamin M. Rattner
                                   445 Hamilton Ave.
                                   Suite 1102
                                   White Plains, New York 10601
                                 Tel.: (781) 608-0619
                                 ben@rattner-law.com