UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALI KHAN LODHI,<br><br>Defendant. | : | **SCHEDULING ORDER**<br><br>7:26-mj-3079 |

A Bail Appeal Hearing is scheduled for October 13, 2026 at 12:00 p.m. in Courtroom 520 at the White Plains Courthouse. It is the Government's responsibility to have the Defendant produced to Courtroom 520 at that time.

**SO ORDERED:**

Dated: White Plains, New York
September 29, 2026

Philip M. Halpern
United States District Judge